UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| QUINCY BROWN #447101 | * | CIVIL ACTION |
| VERSUS | * | NO. 08-4395 |
| BURL CAIN, WARDEN | * | SECTION: "N" (6) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's motion to stay these proceedings is **GRANTED** and that the Clerk of Court mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this matter and that petitioner shall be allowed to file a motion to reopen these proceedings, within thirty (30) days after exhausting his state court remedies with respect to the claims asserted in his February 12, 2008 state post-conviction application.

New Orleans, Louisiana, this 17th day of October, 2008.

UNITED STATES DISTRICT JUDGE